NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PRECISION STANDARD, INC.,**
*Appellant*

**v.**

**UNITED STATES DEFENSE LOGISTICS AGENCY,**
*Appellee*

_____

2017-1045

_____

Appeal from the Armed Services Board of Contract Appeals in No. 58135, Administrative Judge Lynda T. O'Sullivan.

_____

**JUDGMENT**

_____

KEVIN MICHAEL COX, Camardo Law Firm, P.C., Auburn, NY, argued for appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; EDWARD RALPH MURRAY, Office of Counsel, United States Defense Logistics Agency, Richmond, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  June 19, 2017        /s/ Peter R. Marksteiner

Date           Peter R. Marksteiner

Clerk of Court